# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA WELLS, | ) | CASE NO. 1:20-cv-02114 |
| Plaintiff, | ) ) ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| DOLGEN MIDWEST, LLC, | ) ) ) | |
| Defendant. | ) ) | |

So Ordered.
/s/ Patricia A. Gaughan
7/12/21

Plaintiff Sandra Wells and Defendant Dolgen Midwest, LLC, by and through counsel, hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own attorneys' fees, expenses, and costs.

| | |
|---|---|
| */s/ Daniel S. Dubow (per 7/12/2021 email consent)* | */s/ Natalie M. Stevens* |
| Brian D. Spitz (0068816) | Natalie M. Stevens (0079963) |
| Daniel S. Dubow (0095530) | Alexandria A. Gardella (0100000) |
| The Spitz Law Firm, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 25200 Chagrin Boulevard, Suite 200 | 127 Public Square |
| Beachwood, OH 44122 | 4100 Key Tower |
| Phone: 216.291.4744 | Cleveland, OH 44114 |
| Fax: 216.291.5744 | Phone: 216.241.6100 |
| Email: brian.spitz@spitzlawfirm.com | Fax: 216.357.4733 |
| daniel.dubow@spitzlawfirm.com | Email: natalie.stevens@ogletree.com |
| | alexandria.gardella@ogletree.com |
| *Counsel for Plaintiff Sandra Wells* | *Counsel for Defendant Dolgen Midwest, LLC* |